■ JOSEPH SCALA, Respondent, v. SALVATORE SCALA et al., Respondents, et al., Defendant. SALVATORE SCALA et al., Third-Party Plaintiffs-Respondents,

v. WILLIAM SCHREIBER, Third-Party Defendant-Respondent, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Third-Party Defendant-Appellant, et al., Third-Party Defendants.—Motion by defendants-respondents to dismiss appeal granted, with $10 costs, and appeal dismissed. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.